# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 09-5147                                September Term 2010

1:03-cv-01486-RCL

**Filed On:** December 3, 2010

Michael Bennett and Linda Bennett,
Individually and as Co-Administrators of the
Estate of Marla Ann Bennett, deceased,

        Appellants

    v.

Islamic Republic of Iran, et al.,

        Appellees

## O R D E R

Upon consideration of the appellants' letter filed on September 15, 2010, it is

**ORDERED** that the court's opinion issued on September 10, 2010, be amended as follows:

On page 2, paragraph 1, lines 5-6, change "The United States intervened and moved to quash the writs...." to "The United States moved to quash the writs"

On page 3, the first full paragraph, line 1-2, change "The United States intervened in the post-judgment proceeding...." to "The United States appeared in the post-judgment proceeding...."

On page 4, the first full paragraph, line 5, change "The parties contest..." to "It is contested..."

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk